# IN THE UNITED STATES DISTRICT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LEWIS A. COCHRAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION 04-0830-BH-D |
| ) | |
| J. C. GILES, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED**.

**DONE** this 9th day of December, 2005.

                                          s/ W. B. Hand
                                     SENIOR DISTRICT JUDGE