**IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| LEWIS A. COCHRAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION 04-0830-BH-D |
| | ) |
| | ) |
| J. C. GILES, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED.**

**DONE** this 9th day of December, 2005.

                                                              s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE